Mary Ann SMITH, Plaintiff/Appellant,

v.

TRI–TEK INFORMATION SYSTEMS,
INC. and Michael Lowhorn,
Defendants/Respondents.

No. ED 84616.

Missouri Court of Appeals,
Eastern District,
Division One.

July 26, 2005.

James S. Collins II, Camala Collins
Francis—co-counsel, St. Louis, MO, for
Appellant.

John A. Michener, St. Louis, MO, for
Respondent.

Before GARY M. GAERTNER, SR.,
P.J., SHERRI B. SULLIVAN, J., and
PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Mary Ann Smith (Appellant) appeals
from the trial court's judgment entered
upon a jury verdict finding Appellant 50%
at fault and Tri–Tek Information System's
Inc. (Tri–Tek) and Michael Lowhorn (Low-
horn) 50% at fault, in an automobile colli-
sion between Appellant and Lowhorn, who
was driving a service van owned by Tri–
Tek. We have reviewed the briefs of the
parties and the record on appeal and con-
clude that the trial court did not abuse its
discretion in submitting comparative fault
instructions. An extended opinion would
have no precedential value. We have,
however, provided a memorandum setting
forth the reasons for our decision to the
parties for their use only. We affirm the
judgment pursuant to Missouri Rule of
Civil Procedure 84.16(b).